## Watts's Estate (No. 2).

PER CURIAM, December 13, 1902:

The same question involved in Still's Appeal, No. 173, of October term, 1901, is involved here. A similar decree must, therefore, be made.

Judgment reversed and record remitted to the court below, in order that distribution may be made in accordance with the opinion of the Supreme Court in Watts's Estate, 202 Pa. 85.

---

## Watts's Estate (No. 3).

PER CURIAM, December 13, 1902:

The same question involved in Still's Appeal, No. 173 of October term, 1901, is involved here. A similar decree must, therefore, be made.

Judgment reversed and record remitted to the court below, in order that distribution may be made in accordance with the opinion of the Supreme Court in Watts's Estate, 202 Pa. 85.

---

## Snader v. Schum, Appellant.

Argued Nov. 12, 1902. Appeal, No. 87, Oct. T., 1902, by defendants, from judgment of C. P. Aug. T., 1896, No. 147, on verdict for plaintiff in case of A. W. Snader, Receiver of Lancaster County Mutual Live Stock Insurance Company, v. John E. Schum and Charles Holzworth, trading as Philip Schum Sons & Company. Before BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY W. D. PORTER, J., December 13, 1902:

The questions raised by this record are the same which were